UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, Personal Representative of the ESTATE OF N.M., <br> Plaintiff, <br><br> VS. <br><br> CITY OF NORTHAMPTON, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   C.A. NO. 3:23-cv-10358-MGM <br> ) <br> ) <br> ) |

## **DEFENDANT'S MOTION TO DISMISS**

The defendant, City of Northampton, hereby moves this Honorable Court to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As grounds therefor and in support thereof, and as set forth more fully in its Memorandum of Law in Support of this Motion, incorporated hereby reference, the defendant states that that the claims must be dismissed, with prejudice, because the Complaint fails to state claims upon which relief may be granted.

WHEREFORE, the defendant respectfully requests that this Court dismiss the Complaint, with prejudice.

The Defendant,
CITY OF NORTHAMPTON,
By its Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Jeffrey J. Trapani*
_____
Jeffrey J. Trapani, BBO #661094
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jtrapani@piercedavis.com

Dated:  March 23, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered** participants on March 23, 2023.

**

*/s/ Jeffrey J. Trapani*

_____
Jeffrey J. Trapani, BBO #661094